# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

Robert P. Young, Jr.,
Chief Justice

140465 & (21)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 140465
             COA: 293694
             Kalkaska CC: 00-002060-FH

MICHAEL TIRONI,
   Defendant-Appellant.

_____/

   By order of September 29, 2010, the Kalkaska Circuit Court and the Kalkaska County Prosecuting Attorney were each directed to submit a written explanation concerning the circumstances surrounding written communications between the trial judge and the prosecutor that allegedly were not served on defendant and/or defense counsel. On order of the Court, the written responses having been received, the application for leave to appeal the October 28, 2009 order of the Court of Appeals is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

_____
Clerk

s0131